JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ARMANDO PEREZ III,

Petitioner,

v.

THE PEOPLE OF THE STATE OF CALIFORNIA,

Respondent.

Case No. 5:25-cv-02724-VBF-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

Date: July 29, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE